UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. FRANCIS INVESTORS, LP, | No. 2:15-cv-0974 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CAROL SNOW, | |
| Defendant. | |

Defendant, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On May 8, 2015, the magistrate judge filed findings and recommendations, which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations, and plaintiff a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2015 are adopted in full; and

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Sacramento.

DATED: June 11, 2015.

_____
UNITED STATES DISTRICT JUDGE