1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ST. FRANCIS INVESTORS LP,                     No.  2:15-cv-00974-KJM-CKD

12              Plaintiff,

13        v.                                        ORDER

14   CAROL SNOW,

15              Defendant.

16

17

18          On June 11, 2015, the court adopted the assigned Magistrate Judge's findings and

19   recommendations and remanded the case to state court.  ECF No. 6.  Defendant Carol Snow is not

20   represented by counsel in this action.  Snow appealed then voluntarily dismissed her appeal.  *See*

21   ECF Nos. 7, 9, 11.  Her July 9, 2015 motion to proceed *in forma pauperis* is therefore DENIED

22   AS MOOT.

23               IT IS SO ORDERED.

24    DATED:  March 13, 2016

25

26   _____

27                     UNITED STATES DISTRICT JUDGE

28

                                              1